UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CARLOS OLIVAREZ, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NEXTWAVE MANAGEMENT GROUP, )<br>LLC, )<br>)<br>Defendant. ) | No. 1:05-CV-1064-SEB-JPG |

### Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The defendant's unopposed motion to dismiss is granted. This ruling rests on the circumstances set forth in the motion to dismiss, which recites that the plaintiff has abandoned the action.

2. Judgment dismissing the action with prejudice shall now issue.

3. The trial setting of January 29, 2007, and the pretrial setting of January 12, 2007, are each **vacated.**

**IT IS SO ORDERED**.

Date: 05/01/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana