UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CARLOS OLIVAREZ,<br><br>        Plaintiff,<br>v.<br><br>NEXTWAVE MANAGEMENT GROUP, LLC,<br><br>        Defendant. | No. 1:05-CV-1064-SEB-JPG |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 05/01/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paul C. Sweeney
ICE MILLER LLP
paul.sweeney@icemiller.com

Michael L. Tooley
ICE MILLER LLP
tooley@icemiller.com

CARLOS OLIVAREZ
8507 Country Meadow Drive
Indianapolis, IN 46234